# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  SUSAN A. SCHMITT  
1025 E. UNION ST. #8  
EARLVILLE, IL  60518  

SSN-xxx-xx-1526

Case Number: 07-72018

Case filed on: 8/25/2007  
Plan Confirmed on: 1/18/2008

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $12,165.49   Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BRIAN A HART | 3,500.00 | 3,500.00 | 3,500.00 | 0.00 |
|  | Total Legal | 3,500.00 | 3,500.00 | 3,500.00 | 0.00 |
| 999 | SUSAN A. SCHMITT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | BANK OF AMERICA NA | 133,837.22 | 0.00 | 0.00 | 0.00 |
| 002 | GMAC MORTGAGE | 43,498.85 | 0.00 | 0.00 | 0.00 |
| 003 | NORTHSTAR CREDIT UNION | 12,909.30 | 0.00 | 0.00 | 0.00 |
| 004 | NORTHSTAR CREDIT UNION | 11,172.69 | 11,172.69 | 5,648.00 | 879.44 |
|  | Total Secured | 201,418.06 | 11,172.69 | 5,648.00 | 879.44 |
| 005 | ECAST SETTLEMENT CORPORATION | 2,065.24 | 2,065.24 | 40.38 | 0.00 |
| 006 | CAPITAL ONE | 874.99 | 874.99 | 17.11 | 0.00 |
| 007 | CHASE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CHASE BANK USA NA | 4,999.29 | 4,999.29 | 97.75 | 0.00 |
| 009 | LVNV FUNDING LLC | 19,986.23 | 19,986.23 | 390.78 | 0.00 |
| 010 | DFS SERVICES LLC | 6,406.87 | 6,406.87 | 125.27 | 0.00 |
| 011 | CREDITORS BANKRUPTCY SERVICE | 1,583.25 | 1,583.25 | 30.96 | 0.00 |
| 012 | SALLIE MAE INC/UNITED STUDENT AID FUNDS | 17,043.90 | 17,043.90 | 333.25 | 0.00 |
| 013 | WELLS FARGO FINANCIAL | 225.12 | 225.12 | 0.00 | 0.00 |
| 014 | ECAST SETTLEMENT CORPORATION | 5,368.01 | 5,368.01 | 104.96 | 0.00 |
| 015 | RAYMOND SCHMITT | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | FIA CARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | CHASE BANK USA NA | 6,103.81 | 6,103.81 | 119.35 | 0.00 |
|  | Total Unsecured | 64,656.71 | 64,656.71 | 1,259.81 | 0.00 |
|  | Grand Total: | 269,574.77 | 79,329.40 | 10,407.81 | 879.44 |

Total Paid Claimant: $11,287.25  
Trustee Allowance: $878.24  
Percent Paid Unsecured: 1.95

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/30/2008         By  /s/Heather M. Fagan